**Gregory Charles KRUG, Petitioner—Appellant,**

**v.**

**John R. OWEN, Respondent—Appellee.**

No. 11–7464.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 28, 2012.

Gregory Charles Krug, Appellant Pro Se.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Charles Krug, a federal prisoner, appeals the district court's order accepting the recommendation of the

magistrate judge and dismissing without prejudice Krug's 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Krug v. Owen,* No. 3:11–cv–02323–CMC (D.S.C. Oct. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*